STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

FILED
3/7/2023 10:47 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
19CR1174501
Chiampas, Peggy
21753449

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DIVISION — FIRST DISTRICT

PEOPLE OF THE STATE OF ILLINOIS )
)
VS. )
)
Vondell Wilbourn )
(RESPONDENT- PRETRIAL RELEASE) )

PENDING IND/INF # 19CR1174501

PRELIMINARY HEARING COMPLAINT # _____

BRANCH _____

## PETITION FOR A HEARING ON VIOLATION OF BAIL BOND CONDITIONS AND APPLICATION TO INCREASE AMOUNT OF BAIL PURSUANT TO 725 ILCS 5/110-S(a)&(e)

NOW COME the People of the State of Illinois, by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, and move this Honorable Court, to file INSTANTER this petition for the above named Respondent-Pretrial Releasee, and that this petition be transferred instanter to call of the Honorable Judge. __Chiampas__ for a prompt hearing.

In support thereof, the People state as follows:

1) The Defendant is presently free on bail in case number __19CR1174501__, wherein he is charged with the felony offense of __AHC__ This matter is presently pending on the trial call of the Honorable Judge __Chiampas__ at __26/Cal, courtroom 307__ for __3/8/23__, 20 ____.

2) While free on said bail. the defendant violated a condition of bail, in that he/she on or about __Jan and Feb__, at __Chicago,__ , Cook County, Illinois.

Defendant violated EM on 1/31/23, 2/8/23, 2/15/23 and 2/23/23.

WHEREFORE, the State moves the Court to file this petition and issue a warrant or set a bail thereon and transfer the matter to Judge __Chiampas__ on __3/8/23__, 20 ____ at __26/Cal, courtroom 307__ for a hearing.

After being duly sworn, the affiant states on reasonable information and belief that the facts are true and correct.
SUBSCRIBED AND SWORN TO BEFORE ME this
__7__ day of __March__, 20 __23__,
_____

KIMBERLY M. FOXX
State's Attorney of Cook County

Michael J Dinard  *(Digitally signed by Michael J Dinard Date: 2023.03.07 10:46:45 -06'00')*
_____
Assistant State's Attorney
AFFIANT

## ORDER

Leave is granted to the State to file this petition, Bail is set at _____. This petition is here by transferred to Judge _____ on, _____

DATE: _____  ENTER: _____

| | | |
|---|---|---|
| WHITE | ORIGINAL: | PRELIMINARY HEARING COURT FILE |
| GREEN | 1ST COPY: | CRIMINAL DIVISION IND./INF. FILE |
| YELLOW | 2ND COPY: | ASA TRAIL COURT |
| PINK | 3RD COPY: | DEFENDANT |
| GOLD | 4TH COPY: | PRELIMINARY HEARING FILE |

PGS 12/2018 - M

Exhibit A