IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION/MUNICIPAL DEPARTMENT-DISTRICT

| PEOPLE OF THE STATE OF ILLINOIS | CASE NUMBER | 19CR1174501 |
|---|---|---|
| v. | SID NUMBER | 033319730 |
| VONDELL WILBOURN  *Defendant* | IR NUMBER | 1058777 |

**ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE COOK COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL**

## ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, IT IS HEREBY ORDERED:

NEXT COURT DATE: **03/08/2023**
** NO BAIL ON VOBB *** VOBB SUSTAINED *** IN PERSON AT 9:30 AM ***

Status; Defendant In Custody, Motion Deft - Continuance;

ENTERED
Judge Room Chiampas #1949
MAR 07 2023
IRIS Y. THE CIRCUIT COURT
CLERK OF COOK COUNTY, IL

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDER(S) ARE APPLICABLE TO:

ENTERED: 3/7/2023

Judge **Chiampas, Peggy**      1949 Judge's No.

DEPUTY CLERK: A. Levy

ROOM/BRANCH: Courtroom 307

VERIFIED BY: ____

AT: 9:30 AM

ENTERED
3/7/2023
Iris Y Martinez
Clerk of the Circuit Court
of Cook County, IL
A. Levy
DEPUTY CLERK

IRIS Y MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

Printed: 3/7/2023 10:41 AM

Exhibit B

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DIVISION — FIRST DISTRICT

PEOPLE OF THE STATE OF ILLINOIS )
VS. )
Vondell Wilbourn )
(RESPONDENT- PRETRIAL RELEASE) )

PENDING IND/INF # 19CR1174501

PRELIMINARY HEARING COMPLAINT # _____

BRANCH _____

## PETITION FOR A HEARING ON VIOLATION OF BAIL BOND CONDITIONS AND APPLICATION TO INCREASE AMOUNT OF BAIL PURSUANT TO 725 ILCS 5/110-S(a)&(e)

NOW COME the People of the State of Illinois, by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, and move this Honorable Court, to file INSTANTER this petition for the above named Respondent-Pretrial Releasee, and that this petition be transferred instanter to call of the Honorable Judge Chiampas for a prompt hearing.

In support thereof, the People state as follows:

1) The Defendant is presently free on bail in case number 19CR1174501, wherein he is charged with the felony offense of AHC. This matter is presently pending on the trial call of the Honorable Judge Chiampas at 26/Cal, courtroom 307 for 3/8/23, 20___.

2) While free on said bail, the defendant violated a condition of bail, in that he/she on or about Jan and Feb, at Chicago, Cook County, Illinois.

Defendant violated EM on 1/31/23, 2/8/23, 2/15/23 and 2/23/23.

WHEREFORE, the State moves the Court to file this petition and issue a warrant or set a bail thereon and transfer the matter to Judge Chiampas on 3/8/23, 20___ at 26/Cal, courtroom 307 for a hearing.

After being duly sworn, the affiant states on reasonable information and belief that the facts are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME this ___ day of March, 20 23.

KIMBERLY M. FOXX
State's Attorney of Cook County

Michael J Dinard
Digitally signed by Michael J Dinard
Date: 2023.03.07 10:46:45 -06'00'

Assistant State's Attorney
AFFIANT

### ORDER

Leave is granted to the State to file this petition. Bail is set at _____. This petition is here by transferred to Judge _____ on _____.

DATE: 3/7/23    ENTER: _____

| | | |
|---|---|---|
| WHITE | ORIGINAL: | PRELIMINARY HEARING COURT FILE |
| GREEN | 1ST COPY: | CRIMINAL DIVISION IND./INF. FILE |
| YELLOW | 2ND COPY: | ASA TRAIL COURT |
| PINK | 3RD COPY: | DEFENDANT |
| GOLD | 4TH COPY: | PRELIMINARY HEARING FILE |