** INFORMATION INDICTMENT RETURN SHEET **

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|---|---|---|---|---|
| 19CR-11745 | 1058777 | Vondell Wilbourn | 001 | 09/10/2019 |

GJ- 449

FBI-950943TA3  SEX:Male   RACE:Black   DOB:07/15/1976
ISB-33319730   Add:8039 S. Evans Ave., Chicago, IL 60619
(Municipal-19-1116720)
CB-19851427    Arrest Agy:CHICAGO POLICE DEPARTMENT
RD/AR-JC382603 Arrest Unit: Unit 312 Gang Section - South
               Arrest Date:08/07/2019

DL State:      DL#:
Hgt:600        Wgt:215
Hair:Black     Eyes:Brown

True Bill                              08/20/2019
ASA: Mary Devereux

001 ARMED HABITUAL CRIMINAL
        720 ILCS 5/24-1.7(a)
        0013855 Class: X
002 ARMED HABITUAL CRIMINAL
        720 ILCS 5/24-1.7(a)
        0013855 Class: X
003 FELON POSS/USE FIREARM PRIOR
        720 ILCS 5/24-1.1(a)
        0012309 Class: 2
004 FELON POSS/USE FIREARM PRIOR
        720 ILCS 5/24-1.1(a)
        0012309 Class: 2

MR

FILED
19 AUG 28 PM 12: 31
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION
DOROTHY BROWN

Exhibit C