## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS

v.

**VONDELL WILBOURN**
Defendant

| | |
|---|---|
| Case Number | 19CR1174501 |
| Date of Birth | 07/15/1976 |
| Date of Arrest | 08/07/2019 |
| IR Number | 1058777 |
| SID Number | 033319730 |

## ORDER OF COMMITMENT AND SENTENCE TO
### ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Years | Months | Class | Consecutive | Concurrent |
|---|---|---|---|---|---|---|---|
| 003 | 720-5/8-4(720-5/24-1.1(A)) | FELON POSS/USE FIREARM PRIOR ATTEMPT | 2 | | 3 | | |

On Count _____ defendant having been convicted of a class _____ offense is sentenced as a class _____ offender pursuant to 730 ILCS 5/5-4.5-95(b).

On Count _____ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of _____ years and **1,371** days, as of the date of this order. Defendant is ordered to serve **6 months** Mandatory Supervised Release.

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case numbers(s) _____

AND: consecutive to the sentence imposed under case number(s) _____

IT IS FURTHER ORDERED THAT MSNP REMAINING COUNTS; DNA INDEXING; BAIL REVOKED NO BAIL NO EM; MITT TO ISSUE

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

Dated **May 9, 2023**
Certified by: _____
Deputy Clerk **A. Levy**

Judge **Chiampas, Peggy**
**1949** Judge's No.

Verified by: _____

**ENTERED**
**5/9/2023**
Iris Y Martinez
Clerk of the Circuit Court
of Cook County, IL
DEPUTY CLERK **A. Levy**

ENTERED
Judge Peggy Chiampas #1949
MAY 09 2023
IRIS Y MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

IRIS Y MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

Exhibit D

Printed: 5/9/2023 10:23 AM