

# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CYNTHIA A. GRANT
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

December 31, 2022

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Lisa Anne Hoffman
DuPage County State's Attorney's Office
503 North County Farm Road
Wheaton, IL 60187

In re: People ex rel. Berlin v. Raoul
129249

Dear Lisa Anne Hoffman:

Enclosed is a certified order entered December 31, 2022, by the Supreme Court of Illinois in the above-captioned cause.

Very truly yours,

*Cynthia A. Grant*

Clerk of the Supreme Court

cc: Alex Hemmer
Daniel Keith Wright
Devon Campbell Bruce
Eric Christopher Weis
Jacqueline M. Lacy
James Richard Rowe, II
James William Glasgow
John Thomas Hazinski
Luke Andrew Casson
Patrick Devin Kenneally
R. Douglas Rees

Exhibit E

# State of Illinois
# Supreme Court

*I, Cynthia A. Grant, Clerk of the Supreme Court of the State of Illinois, and keeper of the records, files and Seal thereof do hereby certify the following to be a true copy of an order entered December 31, 2022, in a certain cause entitled:*

| | |
|---|---|
| 129249 ) | |
| ) | |
| People State of Illinois ex rel. Robert B. Berlin, State's Attorney for DuPage County, and Jamie Mosser, State's Attorney for Kane County; ) ) ) ) ) | |
| Movants, ) ) | |
| In re: James R Rowe, Kankakee County State's Attorney, and Michael Downey, Kankakee County Sheriff, et al., ) ) ) ) | Motion for Supervisory Order Kankakee County Circuit Court 22CH16 |
| v. ) ) | |
| Kwame Raoul, Illinois Attorney General, JAY ROBERT PRITZKER, GOVERNOR OF ILLINOIS, EMANUEL CHRISTOPHER WELCH, SPEAKER OF THE HOUSE, DONALD F. HARMON, SENATE PRESIDENT ) ) ) ) ) ) ) ) | |
| Respondents | |

*Filed in this office on the 30th day of December A.D. 2022.*



*IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of said Supreme Court, in Springfield, in said State, this 31st day of December, 2022.*

*Cynthia A. Grant*

*Clerk,*
*Supreme Court of the State of Illinois*

129249

IN THE

SUPREME COURT OF ILLINOIS

| | |
|---|---|
| People State of Illinois ex rel. Robert B. Berlin, State's Attorney for DuPage County, and Jamie Mosser, State's Attorney for Kane County;<br><br>    Movants,<br><br>In re: James R Rowe, Kankakee County State's Attorney, and Michael Downey, Kankakee County Sheriff, et al.,<br><br>    v.<br><br>Kwame Raoul, Illinois Attorney General, JAY ROBERT PRITZKER, GOVERNOR OF ILLINOIS, EMANUEL CHRISTOPHER WELCH, SPEAKER OF THE HOUSE, DONALD F. HARMON, SENATE PRESIDENT<br><br>    Respondents | Motion for Supervisory Order<br>Kankakee County Circuit Court<br>22CH16 |

O R D E R

Whereas the Pretrial Fairness Act (Public Act 101-652 and Public Act 102-1104) is scheduled to become effective on January 1, 2023;

And whereas the Twenty-First Judicial Circuit in its Memorandum of Decision on December 28, 2022, and its Order on December 30, 2022, has declared the Act unconstitutional;

And whereas the Illinois Attorney General, on behalf of the defendants below, has filed a direct appeal of the circuit court's ruling pursuant to Supreme Court Rule 302(a) (Ill. Sup. Ct. R. 302(a) (eff. Oct. 4, 2011));

And whereas this Court exercises general administrative and supervisory authority over the courts of Illinois pursuant to Article VI, section 16 of the Illinois Constitution of 1970 (Ill. Const. 1970, art. VI, sec. 16);

This cause coming to be heard on the emergency motion of movants, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

IT IS ORDERED: Emergency motion by Movants for supervisory order Allowed.

1. The emergency motion for supervisory order is <u>allowed</u>. In order to maintain consistent pretrial procedures throughout Illinois, the effective date of the Pretrial Fairness Act (Public Act 101-652 and Public Act 102-1104) is stayed during the pendency of the appeal in No. 129248 and until further order of this Court.

2. The Clerk of the Supreme Court is directed to contact the parties and coordinate an expedited process for this appeal in Case No. 129248, <u>James R. Rowe, etc., et al., appellees,</u> v. Kwame Raoul, etc., et al., appellants. Appeal, Circuit Court (Kankakee).

3. Any Supreme Court Rule amendments or orders entered associated with the Pretrial Fairness Act that would become effective on January 1, 2023, are hereby held in abeyance until further order of this Court.

   Order entered by the Court.

**FILED**
December 31, 2022
SUPREME COURT
CLERK