FILED
3/8/2023 8:15 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
19CR1174501
Chiampas, Peggy
21768222

FILED DATE: 3/8/2023 8:15 AM 19CR1174501

IN THE CIRCUIT COURT OF COOK COUNTY
CRIMINAL DIVISION

| | | |
|---|---|---|
| People of the State of Illinois, | ) | |
| | ) | |
| -vs- | ) | No. 19 CR-1174501 |
| | ) | |
| Vondell Wilbourn, | ) | Peggy Chiampas, Judge |
| *Defendant.* | ) | |

# DEFENDANT'S MOTION TO REVIEW BOND

Defendant, by counsel, moves the Court to review the no-bond order entered on March 7, 2023.

Grounds for this motion are as follows:

1. Defendant has been on bond, subject to electronic monitoring, since September 27, 2019.

2. Defendant has lived with his spouse, Tondalaya Wilbourn, and their children in the City of Chicago for the past four years.

3. On August 24, 2022, the Court granted defendant the following movement (order attached):

> Monday through Friday, 7:15 a.m. to 11:00 a.m. and 2:30 p.m. to 4:00 p.m. to travel to and from home to school.
>
> The order identified the schools and listed the address of each school.

4. The Court amended the order on November 30, 2022 to allow movement for school pick-up from 2:00 p.m. to 3:30 p.m. each school day. (order attached)

Exhibit A

FILED DATE: 3/8/2023 8:15 AM 19CR1174501

5. After defendant had picked up his children on Friday, March 3, 2023, officers from the Sheriff's EM unit traveled to defendant's home and, without notice to defendant or his counsel, or a court order, took defendant into custody. Defendant appeared before the Court at the next court day, Tuesday, March 7, 2023, where the Court granted an oral motion to revoke bond on the representation that a petition for violation of bail bond would be filed.

6. The petition for violation of bail bond asserts that Defendant violated EM on 1/31/23, 2/8/23, 2/15/23, and 2/23/23.

7. The documentation supporting the petition includes the following unsworn assertions:

On 1/31/23 (Thursday) Wilbourn deviated during Child Related Movement and before Essential Movement traced traveling near 8800 S South Chicago Ave and 1650 E 95th St. Chicago, IL from 7:32am to 7:54am. Wilbourn returned to his residence at 7:55am.

On 2/8/22 (Wednesday) Wilbourn deviated during movement and traced traveling near (Mission South Chicago Dispensary) 8552 S Commercial Ave. Chicago, IL from 7:42am to 8:04am. Wilbourn traced to his residence at 8:06am.

On 2/15/23 (Wednesday) Wilbourn deviated during movement and traced traveling near (Mission South Chicago Dispensary) 8552 S Commercial Ave. Chicago, IL from 7:52am to 8:06am. Wilbourn traced to his residence at 8:08am.

On 2/23/23 (Thursday) Wilbourn deviated during Child Related movement and before Essential Movement and traced traveling near 9148 S Commercial Ave, 8879 S Commercial Ave and (Mission South Chicago Dispensary) 8552 S Commercial Ave. Chicago, IL from 7:32am to 8:00am.

8. These allegations, if true, do not warrant the revocation of electronic monitoring. Moreover, defendant has consistently appeared at scheduled

FILED DATE: 3/8/2023 8:15 AM 19CR1174501

court hearings since his release on electronic monitoring. EM is not required to ensure defendant's continued appearance at scheduled court appearances.

9. The revocation of bond is creating hardship on defendant's family. Defendant is disabled and unable to work. His spouse, Tondalaya Wilbourn, supports the family. While defendant is incarcerated, his spouse is unable to work because she must attend to their children.

10. Defendant has not been charged with a crime of violence for more than 10 years. He pleaded guilty to murder in 1994 and received a 16-year sentence. Defendant has also been convicted of several drug offenses, UUW by a felon, and aggravated battery.

The Court should therefore order the removal of electronic monitoring or, in the alternative, the Court should grant reinstate bond.

Respectfully submitted,
/s/ *Kenneth N. Flaxman*
Kenneth N. Flaxman, #00339
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
knf@kenlaw.com
*attorney for defendant*

**VERIFICATION**

The undersigned, under penalties of perjury as provided by law, certifies that the statements set out above are, to the best of his knowledge, information, and belief, true.

Dated: March 8, 2023

/s/ ____________________
Vondell Wilbourn

FILED DATE: 3/8/2023 8:15 AM 19CR1174501

Order (02/25/21) CCG 0002

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of the State of Illinois

v.

Vondell Williams

No. 19CR11745

ORDER

It is hereby ordered that the defendant is allowed movement to take his children to school upon verification to Sheriff EM program Monday thru Friday 7:15 AM to 11:00 AM and 2:30 PM to 4:00 PM. Travel to and from Home to school, Cole Language Academy at 8441 S Yates Blvd in Chgo for minor child and to and from Home to preschool for minor children at John L Marsh Elementary School located at 9822 S Exchange Ave

Attorney No.: ____________

Name: ____________

Atty. for: ____________

Address: ____________

City/State/Zip: ____________

Telephone: ____________

ENTERED
Judge [illegible] 1949
JUN 24 2022
CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

ENTERED:

Dated: 6/24/22

Judge: [signature] Judge's No. 1949

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED DATE: 3/8/2023 8:15 AM 19CR1174501

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

People of the State of Illinois, )
)
-vs- )
) No. 19 CR-11745-01
Vondell Wilbourn, )
*Defendant.* )

**ORDER MODIFYING CONDITIONS OF ELECTRONIC MONITORING**

On consideration of defendant's motion to modify electronic monitoring order,

IT IS ORDERED that the movement previously authorized to pick up a minor child at John L. Marsh Elementary School is hereby amended to authorize movement from 2:00 p.m. to 3:30 p.m. each school day.

ENTER: 1949

Peggy Chiampas
Judge, Circuit Court of Cook County

prepared by:
Kenneth N. Flaxman, #00339
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
knf@kenlaw.com
*attorney for defendant*

ENTERED
Judge Peggy Chiampas #1949
NOV 30 2022
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL